# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBE ENTERTAINMENT & MEDIA CORP., a Delaware corporation, and ROES 1-10,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL IMAGES USA, a business form unknown, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No: 2:20-cv-11630-CAS (KSx)<br><br>Honorable Christina A. Snyder<br><br>**DEFAULT JUDGMENT UNDER FRCP 55(b)(2)** |

On July 12, 2022, the Court granted GLOBE ENTERTAINMENT & MEDIA CORP.'s ("GEM") Motion for Default Judgment against GLOBAL IMAGES USA ("Global Images") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the motion, the papers on file in this action, the evidence offered at the hearing, and the authorities cited:

FINAL JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of GEM and against Global Images, with prejudice, under 55(b)(2) of the Federal Rules of Civil Procedure for Global Images' copyright infringement of 116 of GEM's Frank Worth copyrighted images and for statutory damages in the amount of $30,000 for each of those infringements.

2. Pursuant to Fed. R. Civ. P. 55(b)(2) and the Federal Copyright Act, the Court awards GEM statutory damages in the amount of $3,480,000.00 (116 infringements times $30,000 each);

3. The Court grants GEM a permanent injunction against Global Images, as follows:

    a. Global Images, its offers, agents, servants, employees, and any persons in active concert or participation with defendants are permanently restrained and enjoined from infringing upon GEMS's copyrights, including but not limited to being enjoined from any display or sale of the copyrighted Frank Worth images (including but not limited to its website https://globalimages.art (or any other websites) as well as any social media sites such as Instagram and Facebook)), and from causing any further irreparable harm to GEM.

    a. Global Images is further enjoined from physically displaying or selling any of GEM's copyrighted images.

4. Pursuant to C.D. Cal. L.R. 54-1, the Court awards GEM $1,037.67 in costs;

5. Pursuant to 17 U.S.C. § 505 and C.D. Cal. L.R. 55-3, the Court awards GEM $73,200 in attorney's fees.

/ / /

/ / /

/ / /

- 1 -

FINAL JUDGMENT

- 2 -

6. This judgment shall bear interest at the post-judgment rate from the date of entry of judgment until paid.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 14, 2022

*Christina A. Snyder*
Honorable Christina A. Snyder
U.S. District Court Judge